
# ORIGINAL

1  ryandumanalind

2  LEONARDO M. RAPADAS
United States Attorney
3  ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

8       IN THE UNITED STATES DISTRICT COURT

9          FOR THE DISTRICT OF GUAM

10
11  UNITED STATES OF AMERICA,           )   CRIMINAL CASE NO. **07-00097**
                                        )
12              Plaintiff,              )        **INDICTMENT**
                                        )
13        vs.                           )   **DRUG USER IN POSSESSION
                                        )   OF A FIREARM** (Count I)
14  RYAN DUMANAL,                       )   [18 U.S.C. §§ 922(g)(3); 924(a)(2) & 2]
                                        )   **RECEIPT OF FIREARM WITH
                                        )   OBLITERATED SERIAL NUMBER**
15              Defendant.              )   [18 U.S.C. §§ 922(k) and 924(a)(1)(B)]
    _____)   (Count II)

16

17  THE GRAND JURY CHARGES:

18      **COUNT I - DRUG USER IN POSSESSION OF A FIREARM**

19      Between the period of August 7, 2004 and August 7, 2007, in the District of Guam,

20  RYAN DUMANAL, the defendant, then being an unlawful user of a controlled substance as

21  defined in 21 U.S.C. Section 802, did knowingly receive a firearm described as follows:  Raven

22  Arms, model MP-25, caliber 25, serial number obliterated, which had been transported in

23  interstate commerce, in violation of Title 18 United States Code Sections 922(g)(3); 924(a)(2)

24  and 2.

25      **COUNT II - RECEIPT OF FIREARM WITH OBLITERATED SERIAL NUMBER**

26      Between the period of August 7, 2004 and August 7, 2007,  in the District of Guam, the

27  defendant RYAN DUMANAL,  knowingly received, in interstate or foreign commerce, a

28                                    -1-

firearm, a Raven Arms, model MP-25, caliber 25, from which the importer or manufacturer's serial number had been obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED this 17th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**07-00097**

Superseding Indictment _____ Docket Number _____
Same Defendant _____   New Defendant _____x_____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No**

Defendant Name      ___Ryan Dumanal_____

Alias Name          _____

Address             _____

                    ___Yigo, Guam_____

Birthdate _Xx/xx/1978_  SS# _xxx-xx-0257_  Sex _M_  Race _PI_  Nationality_Chamorro_

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas_____

**Interpreter:** __X__ No ___Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____2____   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 USC 922(g)(3), 924(a)(2) | Drug User in Possession of Firearm | 1 |
| Set | 2 18 USC 922(k), 924(a)(1)(B) | Receipt of Firearm With Obliterated Serial Number | 2 |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: ___10/16/07___   Signature of AUSA: _____