AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

RYAN DUMANAL

**WARRANT FOR ARREST**

Case Number: CR-07-00097

**FILED**
DISTRICT COURT OF GUAM

OCT 22 2007

JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RYAN DUMANAL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

RECEIVED
OCT 17 2007
US MARSHALS SERVICE-GUAM

charging him or her with (brief description of offense)

Drug User in Possession of a Firearm, 18 U.S.C. §§ 922(g)(3); 924(a)(2) and 2 - Count 1

Receipt of Firearm With Obliterated Serial Number, 18 U.S.C. §§ 922(k) and 924(a)(1)(B) - Count 2

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

/s/ Marilyn B. Alcon
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

10/17/2007           Hagatna, Guam
Date                 Location

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Yigo Church

| DATE RECEIVED 10/17/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/22/07 | HOANG M NGUYEN | /s/ Hoang Nguyen |

Case 1:07-cr-00097   Document 7   Filed 10/22/2007   Page 1 of 2

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ RYAN DUMANAL _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: