# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-07-00097                    DATE: October 22, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore       Electronically Recorded: 2:31:52 - 2:37:42
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Ryan Dumanal                     Attorney:    None Present
☑Present ☑Custody ☐Bond ☐P.R.              ☐Present ☐Retained ☐FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas          U.S. Agent:
U.S. Probation: Stephen Guilliot            U.S. Marshal: T. Muna/G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Court granted the motion to unseal the case.
- Court advised defendant that counsel was unavailable for today's proceedings.
- Defendant advised of his rights.
- Proceedings continued to: October 23, 2007 at 10:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: