# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00097　　　　　　　　　　DATE: October 23, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:35:12 - 10:40:42
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Ryan Dumanal　　　　　　　　Attorney: Joaquin C. Arriola, Jr.
☑Present ☑Custody ☐Bond ☐P.R.　　　☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: D. Punzalan / G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Arraignment**
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: December 17, 2007 at 9:30 A.M.
- Defendant to remain in custody.

NOTES: