1

2

3

4

5

6                          DISTRICT COURT OF GUAM

7                              TERRITORY OF GUAM

8

9    UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 07-00097

10                    Plaintiff,

11           vs.

12   **RYAN DUMANAL,**                       **APPOINTMENT ORDER**

13

14                    Defendant.

15          IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent

16   the defendant in the above-entitled case *nunc pro tunc* to October 22, 2007.

17

18                                          **/s/ Joaquin V.E. Manibusan, Jr.**
                                               **U.S. Magistrate Judge**
19                                          **Dated: Oct 23, 2007**

20

21

22

23

24

25

26

27

28