JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant

FILED
DISTRICT COURT OF GUAM
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **CR07-00097** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF HEARING** |
| | ) | **MOTION FOR RELEASE PENDING** |
| vs. | ) | **TRIAL** |
| | ) | |
| RYAN DUMANAL, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE THAT Defendant RYAN DUMANAL, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., will bring on for hearing his Motion for Release Pending Trial on NOV - 1 2007, at 11:00 a.m., or as soon thereafter as the matter may be heard, before the District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam.

Dated at Hagåtña, Guam: October 29, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant

_____
JOAQUIN C. ARRIOLA, JR.