**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00097-001  DATE: November 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Reporter: Wanda Miles
Courtroom Deputy: Francine A. Diaz     Electronically Recorded: 10:50:12 - 11:08:23
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Ryan Dumanal              Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson          U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan
Interpreter:                          Language:

**PROCEEDINGS: Motion for Release from Custody**
- Proceedings continued to: November 8, 2007 at 10:00 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: