# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00097          DATE: December 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 2:26:17 - 2:46:07
CSO:

**APPEARANCES:**

Defendant: Ryan Dumanal      Attorney: Joaquin C. Arriola, Jr.
☑Present ☐Custody ☐Bond ☑P.R.      ☑Present ☐Retained ☐FPD ☑CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: March 3, 2008 at 10:00 A.M.
- Draft Presentence Report due to the parties: January 28, 2008
- Response to Presentence Report: February 11, 2008
- Final Presentence Report due to the Court: February 25, 2008
- Defendant to remain released.

NOTES: