# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00097-001          DATE: March 26, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded: 9:36:56 - 10:03:04
    Virginia T. Kilgore
CSO: D. Quinata

**APPEARANCES:**

Defendant: Ryan Dumanal          Attorney: Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas   U.S. Agent: Charles Sedberry, ATF
U.S. Probation: Carleen Borja         U.S. Marshal: G. Perez
Interpreter:                          Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>12 months</u>, with conditions (refer to Judgment for conditions).
- All fines waived by the Court.
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Count II dismissed.

NOTES: