# *United States District Court*

for

## *District of Guam*

## Report on Offender Under Supervision

Name of Offender:  **Ryan Dumanal**                    Case Number:  **CR 07-00097-001**

Name of Sentencing Judicial Officer:      Frances M. Tydingco-Gatewood

Date of Original Sentence:            March 26, 2008

Original Offense:          Drug User in Possession of a a Firearm, in violation of 18 U.S.C. 922(g)(3), 924(a)(2) and (2).

Original Sentence:         12 months probation with conditions to include: not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances and submit to up to eight drug tests a month for use of a controlled substance at the direction of the U.S. Probation Office; cooperate in the collection of DNA as directed by the probation officer; refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment program approved by the U.S. Probation Office, which program shall include testing to determine whether he has revereted to the use of drugs or alcohol. Defendant shall make co-payment for the program at a rate to be determined by the U.S. Probation Office; and pay a $100 special assessment fee.

Type of Supervision:     Probation                    Date Supervision Commenced:  March 26, 2008

## NONCOMPLIANCE SUMMARY

Violation Number          Nature of Noncompliance

Mr. Ryan Dumanal has been ordered to participate in a substance abuse treatment program approved by the U.S. Probation Office, which program shall include testing to determine whether he has revereted to the use of drugs or alcohol. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen II was completed and Mr. Dumanal scored a zero (0) confirming there is no need for treatment at this time. Mr. Dumanal will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:                                          Respectfully submitted,

/s/ CARMEN D. O'MALLAN                    by:          /s/ GRACE D. FLORES
U.S. Probation Officer Specialist                         U.S. Probation Officer
Supervision Unit Leader

Date:   July 28, 2008                                    Date:  July 28, 2008

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐   Submit a Request for Modifying the Condition of Term of Supervision

☐   Submit a Request for Warrant or Summons

☒   Other - No Action Needed



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 07, 2008**